1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    FOR THE CENTRAL DISTRICT OF CALIFORNIA
10   WESTERN DIVISION
11

12 | EDWARD DEAN HOHNER,        | No. CV 15-3751-GW(PLAx)
13 |             Plaintiff,     | **JUDGMENT**
14 |             v.             | **[Fed. R. Civ. P. 56]**
15 | OFFICE OF INFORMATION      |
16 | POLICY, FEDERAL BUREAU OF  |
   | INVESTIGATION              |
17 |             Defendants.    |

18
19 ///
20 ///
21
22
23
24
25
26
27
28

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      Pursuant to the Order Granting the Motion to Dismiss, or in the Alternative
3  for Summary Judgment of the Federal Bureau of Investigation and Office of
4  Information Policy filed April 18, 2016 (Docket #30),
5      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment
6  be entered in favor of defendants Federal Bureau of Investigation and Office of
7  Information Policy on Plaintiff's Complaint, and this action be DISMISSED
8  WITH PREJUDICE.

9      **IT IS SO ORDERED.**
10

11  Dated:  April 22, 2016

12  _____
13  HONORABLE GEORGE H. WU
    UNITED STATES DISTRICT JUDGE

14

15  Respectfully submitted,

16  EILEEN M. DECKER
    United States Attorney
17  DOROTHY A. SCHOUTEN
    Assistant United States Attorney
18  Chief, Civil Division

19
    /s/ *Jason K. Axe*
20  JASON K. AXE
    Assistant United States Attorney
21  Attorneys for Federal Defendants

-1-